[No. 34856-0-II.   Division Two.   April 17, 2007.]

*In the Matter of the Marriage of* CAROL J. DUESTERBECK, *Appellant*, and BERNARD A. DUESTERBECK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-01683-6, Beverly G. Grant, J., entered May 12, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35197-8-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE DANIEL TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00280-1, Thomas P. Larkin, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 24304-4-III.   Division Three.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-00670-3, C. James Lust, J., entered June 28, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24774-1-III.   Division Three.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE M. HOPWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00501-6, Donald W. Schacht, J., entered November 14, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.